The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| POC USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Defendant. | NO.   2:23-cv-01816-RSM <br><br> **STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE** <br><br> NOTE ON MOTION CALENDAR: <br> January 30, 2024 |

## I.   STIPULATION

The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On January 25, 2024, Expeditors International of Washington, Inc. ("Expeditors") filed a Rule 12(b)(6) motion to dismiss, which seeks dismissal of certain of POC's claims.  *See* Dkt. 14, 14-1, 15 ("Expeditors' Motion").

2. In accordance with Local Rule 7(d)(3), Expeditors' Motion is noted for February 16, 2024, with Plaintiff POC USA, LLC's ("POC") opposition brief due on Monday, February 12, 2024, and Expeditors' reply brief due on Friday, February 16, 2024.

STIPULATED MOTION AND ORDER RE: BRIEFING
SCHEDULE - 1
No. 2:23-cv-01816-RSM

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

3. Pursuant to POC's request, the parties are agreed—subject to the Court's approval—to modify the briefing schedule as follows: (a) POC's opposition brief to be filed by February 26, 2024; and (b) Expeditors' reply brief to be filed by March 8, 2024. The revised note date for the motion would therefore be March 8, 2024.

4. The parties respectfully request that the Court enter the proposed order set forth herein, approving the proposed briefing schedule.

RESPECTFULLY SUBMITTED this 30th day of January, 2024.

**WITT LAW GROUP PS**

By: */s/ Ryan C. Witt [email approval]*
Ryan C. Witt, WSBA #32002
400 Warren Avenue, Suite 415
Bremerton, WA 98337
Phone: (360) 792-1000
Email: ryan@wittlegal.com &
ryanwittlaw@gmail.com

Richard S. Luskin (pro hac vice)
835 Woodside Avenue
Park City, UT 84060
Telephone: (310) 463-6614
Email: rick.luskin@gmail.com &
rick.luskin@pocsports.com

R. Bradford Fawley (pro hac vice)
FAWLEY PLLC
680 Main Street, Unit 596
Stamford, CT 06901
Phone: (802) 380-4735
Email: fawleybrad@gmail.com &
bradfawley@fawley.org

*Counsel for Plaintiff POC USA, LLC*

**SAVITT BRUCE & WILLEY LLP**

By: */s/ Stephen C. Willey*
Stephen C. Willey, WSBA #24499
Michele L. Stephen, WSBA #39458
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: swilley@sbwLLP.com
Email: mstephen@sbwLLP.com

*Counsel for Defendant Expeditors International of Washington, Inc.*

STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE - 2
No. 2:23-cv-01816-RSM

## II. ORDER

Based on the foregoing stipulation by the parties, the briefing schedule for Expeditors' Rule 12(b)(6) motion to dismiss [Dkt. 14, 14-1, 15] is modified as follows:

    (a)    POC's opposition brief to be filed by February 26, 2024; and

    (b)    Expeditors' reply brief to be filed by March 8, 2024.

The revised note date for Expeditors' motion is March 8, 2024.

///

**IT IS SO ORDERED**.

**DATED** this 31st day of January, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER RE: BRIEFING SCHEDULE - 3
No. 2:23-cv-01816-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America that on this date, the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 30, 2024.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:23-CV-01816-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500